UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BTF IP HOLDINGS LLC,

Plaintiff,

- against -

ELEVEN LABS INC.,

Defendant.

---

26-cv-7481 (JGK)

Order

John G. Koeltl, District Judge:

The plaintiff may file an amended complaint by **November 23, 2026.** The defendant's time to respond to the amended complaint is **December 21, 2026.** If the defendant responds to the amended complaint by filing an answer, the time for the parties to file a Rule 26(f) report will be **January 15, 2027.** If the defendant responds to the amended complaint by filing a motion to dismiss, the time for the plaintiff to respond to that motion will be **January 15, 2027,** and the time for the defendant to reply will be **January 25, 2027.**

SO ORDERED.

Dated: New York, New York
November 2, 2026

John G. Koeltl
United States District Judge