UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BTF IP HOLDINGS LLC,

Plaintiff,

- against -

ELEVEN LABS INC.,

Defendant.

26-cv-7481 (JGK)

**Order**

John G. Koeltl, District Judge:

The parties are directed to submit a Rule 26(f) report by **December 9, 2026.**

SO ORDERED.

Dated: New York, New York
November 24, 2026

John G. Koeltl
United States District Judge